427 A.2d 623

**COMMONWEALTH of Pennsylvania**

v.

**John Lee WHITT, Appellant.**

Supreme Court of Pennsylvania,
Western District.

Argued March 2, 1981.
Decided April 15, 1981.

John C. Pettit, Patrono, Ceisler, Edwards & Pettit, M. Scot Curran, Washington, for appellant.

Herman J. Bigi, Dist. Atty., James H. Brady, Court House, Washington, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## OPINION OF THE COURT

PER CURIAM:

The Order of the Court of Common Pleas of Washington County is affirmed.